# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. MJ-23-117-MAU ) |
| DAVID DAVIS, | ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendant David Davis. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

July 14, 2023

s/ *J.P. Hill*
J.P. HILL, OBA No. 31085
ASSISTANT FEDERAL PUBLIC DEFENDER
FEDERAL PUBLIC DEFENDER ORGANIZATION
WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee, Suite 109
Oklahoma City, OK 73102
(405) 609-5941
jp_hill@fd.org
Counsel for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic filing to those registered participants of the ECF System.

s/ *J.P. Hill*
J.P. HILL